**Detwan McDONALD, Appellant.**

v.

**STATE of Missouri, Respondent,**

**No. 71718.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 14, 1997.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., RHODES RUSSELL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM

Defendant appeals the denial of his motion pursuant to Rule 24.035 without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We affirm the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**John Richard ADAMS,**
**Defendant/Appellant.**

**No. 70548.**

Missouri Court of Appeals,
Eastern District,
Division Six.

Oct. 14, 1997.

Raymond J. Capelovich, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and ROBERT G. DOWD, Jr. and KAROHL, JJ.

*ORDER*

Defendant appeals his conviction after a jury trial for one count of sodomy, section 566.060, RSMo Supp.1990. The trial court sentenced him, in accordance with the jury's assessment, to twenty years imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).